UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| v. | § Case No. SA:07-CR-0645(1) FB |
| CHRISTOPHER LUIS | § |

## ORDER REVOKING SUPERVISED RELEASE AND RESENTENCING THE DEFENDANT

On the 28th day of March, 2019 came on to be considered the United States' motion to revoke the defendant's supervised release *[Doc. #75]*. After due hearing, including consideration of all statutorily-required factors and revocation policy statements, the Court finds the defendant has violated conditions of his supervised release as alleged by the United States, and that the ends of justice and the best interests of the public will not be served by continuing the defendant on supervised release. Accordingly, for reasons pronounced at sentencing and set forth in the motion to revoke,

**IT IS ORDERED** by the Court that the United States' motion to revoke the defendant's supervised release *[Doc. #75]* is **GRANTED**. The terms of supervised release originally imposed on December 5, 2008 and as amended on April 4, 2017, are hereby revoked and set aside pursuant to 18 U.S.C. §§ 3583(e)(3), (g)(1), (g)(3) and (g)(4).

*IT IS NOW THE ORDER AND SENTENCE* of this Court that the defendant is remanded to the custody of the Federal Bureau of Prisons to be imprisoned for a term of Five (5) months which the Court, acknowledging the Defendant's combination of state and federal custody time, considers as *TIME ALREADY SERVED*. On March 28, 2019, the Court entered an order releasing the defendant from Marshal custody, if there were no pending detainers as to this defendant.

**IT IS FURTHER ORDERED** that there will be no further term of supervised release to follow in this case.

Any monetary sanctions imposed in this case that remain unpaid are reimposed, and such sanctions are due and payable.

Signed this 28th day of March, 2019.

                                        **FRED BIERY**
                                        **UNITED STATES DISTRICT JUDGE**